## Charles W. King v. John Machesney.

Appeal from the Superior Court of Cook County.

MR. JUSTICE HORTON delivered the opinion of the court.

In this case there is no assignment of errors written upon or attached to the record. The judgment of the Superior Court must, therefore, be affirmed.

See opinion of this court in I. Rosin v. William Wilde, 80 Ill. App. 58, where authorities are cited. Affirmed. Opinion filed February 14, 1899.

N. H. HANCHETTE, attorney for appellant.

HECKMAN, ELSDON & SHAW, attorneys for appellee.

---

## Frank Hausadowski et al. v. Joseph Grossman et al.

Error to the Circuit Court of Cook County.

The only question involved in this case is a question of fact, viz., payment. Opinion filed February 9, 1899.

SOL. LEVISOHN and J. KENT GREEN, attorneys for plaintiffs in error.

C. A. WILLIAMS and C. L. MAHONY, attorneys for defendants in error.

---

## William M. Butterworth v. George C. Pfeifer.

Error to the Circuit Court of Cook County.

The only errors relied on in this case are that the court overruled a motion for a new trial, supported by affidavit, the grounds of the motion being newly-discovered evidence, and that the verdict of the jury, which was sealed and left with an officer of the court, by agreement, was opened and read in the absence of the jury, and thereby plaintiff was deprived of opportunity to poll the jury. Held: The affidavit of newly-discovered evidence was defective in not